FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 JUN 19 P 4:31

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CLINTON HARRIS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 06-3939** |
| **MARLIN GUSMAN, SHERIFF, NURSE HOWARD, DOCTOR GORE, SID OFFICERS, TIER DEPUTIES** | **SECTION "N"(4)** |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation filed by the petitioner on June 13, 2007, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the **Partial Motion for Judgment on the Pleadings Pursuant to Rule 12(c) (Rec. Doc. No. 19)** filed by the defendants, Orleans Parish Criminal Sheriff Marlin Gusman, Nurse Howard, and Dr. Gore, is **GRANTED** and the plaintiff Clinton Harris's Title 42 U.S.C. § 1983 claim for failure to evacuate him from the prison before Hurricane Katrina made landfall is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this _18th_ day of _June_, 2007.

_____
UNITED STATES DISTRICT JUDGE

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No.